Page 1 of 1

# Petty Offense Docket Sheet and Judgment Order
## For 03/10/2021 at 10:00 AM Hearing Site: MLAL District: ALABAMA SOUTHERN
## Magistrate Judge: HON BERT W MILLING JR 28RD

Date Feb 23, 2021

| Citation | Hrg Type | Defendant Information | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|
| SA25 | | [REDACTED] | [REDACTED] * JUVENILE DEFENDANT * | Current: - <br> New: <br> Narrative: | 30 | | | |
| SA25 <br> FBDA00QS <br> FTA ☐ | | [REDACTED] <br> SSN: <br> Drivers License: | [REDACTED] <br> Original Amount: 230.00 <br> Current Due: 230.00 <br> * JUVENILE DEFENDANT * | Current: - <br> New: <br> Narrative: | 30 | | | |
| SA25 <br> FBDA00QK <br> FTA ☐ | O | JORDAN, TYLER L <br> 179 OLD RANCH RD <br> WING, AL 36483 <br> SSN: <br> Drivers License: #####12940130 FL | OPEN CONTAINER <br> 18USC13 <br> Issued: 01/16/2021 by ROPER <br> Original Amount: 330.00 <br> Current Due: 330.00 <br> USFS E-TICKET | Current: - <br> New: <br> Narrative: | 30 | | | |

The processing fee as printed on the violation notice and issued to the defendant should apply to each case regardless of the date issued. Applicable processing fee printed above.

# Signature Page for:
# Petty Offense Docket Sheet and Judgment Order

**District:** ALABAMA SOUTHERN

**Magistrate Judge:** HON BERT W MILLING JR

**Magistrate Code:** 28RD

**Hearing Site:** MLAL

**Date:** 03/10/2021

**Time:** 10:00 AM

**Tape Number(s)** _____

**Time in Court: Hours:** _____   **Minutes:** _____

**Presiding Judge:** _____   **Date:** _____

NOTE: The dispositions recorded on this docket along with the time on bench are used for MJSTAR reporting purposes. Only dispositions that indicate a defendant appeared in court while the judge was on the bench are counted for MJSTAR purposes. Generally, those dispositions begin with either a P or a T. Please contact the Central Violations Bureau at 800-827-2982 with any questions.